Ge Qu
Hang & Associates, PLLC
136-20 38th Avenue, Suite 10G
Flushing, NY 11354
Tel: (718) 353-8588
Fax: (718) 353-6288
Email: rqu@hanglaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**
-----------------------------------------------------------------X
Chun Xin Zhang,

                          Plaintiff,      Case NO.: 3:19-cv-09961

                                      **STIPULATION OF VOLUNTARY
              v.                              DISMISSAL PURSUANT TO
                                      F.R.C.P 41(a)(1)(A)(ii)**

VIP Kitchen LLC d/b/a VIP Restaurant, VIP
Chinese Restaurant, Inc., d/b/a VIP Restaurant,
Fang Ming Zheng, Qiao Yun Zheng, and Rong Bin
Zheng,

                          Defendants.
-----------------------------------------------------------------X

WHEREAS, Plaintiff Chun Xin Zhang ("Plaintiff") has not maintained contact with his undersigned attorneys since August 2019; and

WHEREAS, all attempts to contact Plaintiff by his undersigned attorneys have failed.

**IT IS HEREBY STIPULATED AND AGREED** by and between undersigned counsels, in accordance with the provisions of Rule 41(a)(ii) of the Federal Rules of Civil Procedure, that Plaintiff's action be dismissed without prejudice, and without an award of costs and disbursements.

Dated: November 15, 2019

HANG & ASSOCIATES, PLLC

By: ⁄s⁄
_____
Ge Qu, Esq.
136-20 38th Ave., Suite 10G
Flushing, New York 11354
Telephone: (718) 353-8588
*Attorneys for Plaintiff*

HINES & ASSOCIATES, LAW FIRM, P.C.

By: ⁄s⁄
_____
DONALD STEPHEN DOMITRZ
*450 7th Avenue, Suite 305*
*New York, NY 10123*
*Tel: (212) 268-8668*
*Attorney for Defendants*

It is so ordered this 18th day of November, 2019

_____
Brian R. Martinotti, U.S.D.J.